AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Allen Sims<br>(Wherever Found)<br><br>_Defendant_ | )<br>)  Case No.  3:16cr71WHB-LRA<br>)<br>)<br>)<br>) |

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**SEP 21 2016**
ARTHUR JOHNSTON
BY_____ DEPUTY

**RECEIVED**
**SEP 15 2016**
United States Marshal
Southern District of Mississippi

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Allen Sims                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute a Controlled Substance.
Ct. 2-3: Possess With Intent to Distribute a Controlled Substance. (Aiding & Abetting)

ARTHUR JOHNSTON, CLERK

Date:   09/07/2016

_C. [signature]_
_Issuing officer's signature_

City and state:   Jackson, MS

C. Louisville, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  09/07/16 , and the person was arrested on _(date)_  09/19/16
at _(city and state)_  JACKSON, MS.

Date:  09/19/16

_[signature]_
_Arresting officer's signature_

TIMOTHY ANDERSON  DUSM
_Printed name and title_